9-:-B< - : *< 9    +; - %$ %!"  - - :     <* -. 9- * :-?   ?

; AA- 3 -    1:-*E 9 9-   -:5 * 9-    ;: ;,  ? 9-

,<, - 3 E9 9 E   ,- .    *        *;; 9 *  ?   )     **F,   : -<

?,4 4  5I B; 4-    3

Q0   :5    -B- ?  .